UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLIFFORD ANTHONY | * | CIVIL ACTION NO.  2:23-cv-01400-SSV-KWR |
| | * | |
| VERSUS | * | JUDGE SARAH S. VANCE (R) |
| | * | |
| HELIX ALLIANCE DECOM, | * | MAG. JUDGE KAREN WELLS ROBY (4) |
| OSSA, LLC and APACHE | * | |
| CORPORATION | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT</u>

**NOW INTO COURT**, through undersigned counsel, comes Helix Alliance Decom, LLC

("Helix"), and for its Answer and Affirmative Defenses to the original Complaint in this matter,

avers upon information and belief as follows:

### <u>FIRST DEFENSE</u>

The Complaint fails to state a claim against Helix upon which relief can be granted.

### <u>SECOND DEFENSE</u>

The claims asserted in the Complaint are prescribed or otherwise time barred.

### <u>THIRD DEFENSE</u>

**AND NOW**, for answer to the individual allegations of the Complaint, Helix avers:

### I.

The allegations of Paragraph 1 are denied for lack of sufficient information upon which to

justify a belief therein.

### II.

The allegations of Paragraph 2 are admitted only to the extent of Helix's corporate

existence.

III.

The allegations of Paragraph 3 involve defendants other than Helix, and therefore no answer is required.  To the extent any answer is required, the allegations are denied.

IV.

The allegations of Paragraph 4 involve defendants other than Helix, and therefore no answer is required.  To the extent any answer is required, the allegations are denied.

V.

The allegations of Paragraph 5 are denied.

VI.

The allegations of Paragraph 6 are denied for lack of sufficient information upon which to justify a belief therein.

VII.

The allegations of Paragraph 7 are denied.

VIII.

The allegations of Paragraph 8 are denied.

IX.

The allegations of Paragraph 9 are denied.

X.

The allegations of Paragraph 10 are denied.

XI.

The allegations of Paragraph 11 are denied.

XII.

The allegations of Paragraph 12 are denied.

XIII.

The allegations of Paragraph 13 are denied.

XIV.

The allegations of Paragraph 14 are denied.

XV.

The allegations of Paragraph 15 are denied.

XVI.

The allegations of Paragraph 16 are denied.

XVII.

The allegations of Paragraph 17 are denied.

XVIII.

The allegations of Paragraph 18 are denied.

XIX.

Any allegation not specifically admitted is denied.

XX.

The prayer for relief is denied.

**<u>FOURTH DEFENSE</u>**

**AND NOW**, as a separate and distinct defense, Helix avers that if any injuries were sustained by plaintiff, which is denied, said injuries resulted from his own fault, carelessness, inattention to duty and/or negligence, for which defendant Helix is not liable.

## FIFTH DEFENSE

Further in the alternative, defendant Helix avers that if plaintiff suffered any injuries, as alleged, which is denied, said injuries were caused by the acts, carelessness, inattention to duty, omissions, and/or conduct of third parties for which Helix is not liable.

## SIXTH DEFENSE

Defendant Helix specifically avers that plaintiff has failed to mitigate his damages and any recovery should, therefore, be reduced or eliminated.

## SEVENTH DEFENSE

Plaintiff was not employed by Helix, nor is plaintiff a seaman under the Jones Act.

## EIGHTH DEFENSE

Plaintiff's injuries, if any, which are denied, were due to acts, condition, equipment, or appurtenances to a vessel which were open and obvious.

## NINTH DEFENSE

Plaintiff's injuries, if any, which are denied, were the result of the risk and hazards of plaintiff's employment, which plaintiff voluntarily assumed, and for which defendant cannot be held legally responsible.

## TENTH DEFENSE

Plaintiff's accident, which is specifically denied, and any loss, damage, injury, death, or destruction resulting therefrom, were in no way caused by the fault, neglect, design, or wanton due care on the part of defendant Helix, its agents, servants, employees, or anyone for whom Helix is or may have been responsible.  Alternatively, said incident was occasioned and incurred without the privity and knowledge on the part of defendant or its directors, officers, stockholders, or agents, therefore entitling Helix to limitation of liability.

## ELEVENTH DEFENSE

Helix requests a trial by jury.

**WHEREFORE**, defendant, Helix Alliance Decom, LLC, prays that after due proceedings had, there be judgment herein in its favor, dismissing plaintiff's Original Complaint, at his cost. Alternatively, defendant prays that should it be found liable for any loss, injury, expense, damage or claim whatsoever, in consequence of the incident heretofore described that it is entitled to limitation of liability. Defendant further prays for a trial by jury and for such additional relief in the premises as in justice or in law it may be entitled to receive.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT L.L.C.**


*/s/ Lawrence R. Plunkett, Jr.*
_____
**LAWRENCE R. PLUNKETT, JR. (#19739)**
**ROBERT ANDREW DAVIS (#35464)**
1206 Park Drive, Suite 200
Mandeville, LA 70471
Tele: (504) 830-3999/Fax: (504) 830-3950
Email: lplunkett@rapllclaw.com
          adavis@rapllclaw.com
***Attorneys for Defendant Helix Alliance Decom, LLC***


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filings to all counsel of record who are authorized to receive electronic service on this 3rd day of August, 2023.


*/s/ Lawrence R. Plunkett, Jr.*
_____